# 25-1686

## United States Court of Appeals
### for the
## Second Circuit

BAINBRIDGE FUND LTD.,

*Plaintiff-Appellee*,

- against -

THE REPUBLIC OF ARGENTINA,

*Defendant-Appellant*.

On Appeal from the United States District Court
for the Southern District of New York
1:16-cv-08605-LAP

## PLAINTIFF-APPELLEE'S OPPOSITION TO MOTION FOR STAY PENDING APPEAL AND IMMEDIATE ADMINISTRATIVE STAY

**DUANE MORRIS LLP**
Anthony J. Costantini
David T. McTaggart
22 Vanderbilt
335 Madison Avenue, 23rd Floor
New York, New York 10017
 (212) 692-1000
*Attorneys for Plaintiff-Appellee
Bainbridge Fund Ltd.*

## CORPORATE DISCLOSURE STATEMENT

Bainbridge Fund Ltd., a limited company, certifies through its undersigned counsel, pursuant to Federal Rule of Appellate Procedure 26.1, that no parent corporation or publicly held corporation owns 10% or more of its stock.

This appeal arises out of a judgment entered in the Southern District of New York on December 1, 2020 against the Appellant, the Republic of Argentina ("Republic"), and in favor of the Appellee, Bainbridge Fund, Ltd. ("Bainbridge") in the amount of $95,424,899.38. Despite Bainbridge's best efforts – including extensive discovery and motion practice before the district court and elsewhere – the Republic has repeatedly refused to abide by the Judgment, the entire amount of which remains due and owing to Bainbridge, with interest.

On June 30, 2025, the district court issued a Memorandum and Order ("Order") that finally directed the Republic to turn over assets to Bainbridge in satisfaction of the Judgment. The Republic's appeal of that Order is before this Court in this appeal. Shortly after the Republic requested a stay of the Order from the district court pending its appeal of the Order, it made the same request of this Court when the district court did not immediately respond. (ASMS No. 6, "Motion") The district court denied the requested stay on July 14, and the Republic is now pursuing the Motion in this Court. The Court should deny the Motion.

The district court's Order in this case is very similar to orders entered in two other proceedings, with the exception that the first part of the orders in those two proceedings applies only to a transfer of the Republic's YPF Class D Shares to a global account maintained by BNY Mellon in New York, while the Court's Order herein applies to the YPF Class A Shares as well as the Class D Shares. The

1

Republic has also appealed the orders in those two other proceedings – case numbers 25-1687 & 251689 – and this Court has entered an Order directing that the three appeals be heard in tandem ("Tandem Appeals"). Similar stay motions are pending in the Tandem Appeals, and Bainbridge incorporates herein as its own the oppositions filed by the appellees in the Tandem Appeals.

In making its stay motion to the district court, the Republic failed to take advantage of FRCP 62(b) which allows a stay when a bond or other security acceptable to the Court is provided. Similarly, on the Motion to the Court, the Republic ignored FRAP 18(b), which allows this Court "to condition relief on the filing of a bond or other appropriate security."

Rather than offer any bond or other security to preserve the status quo pending appeal, the Republic instead asks the Court to trust it, citing to an Argentine law which states that the YPF Shares cannot be transferred without the approval of two-thirds of the Argentine Congress. How this provision provides absolute security to the judgment creditors is never explained. While it may be difficult to obtain a super-majority, it is not impossible, especially if the legislature perceives that the Republic may lose control of YPF. Indeed, as the district court found in denying the stay motion before it, "a new bill was submitted to the Argentine National Congress, identifying this Court and purporting to prohibit satisfaction of the" Order. Given these developments, there is absolutely no reason

2

to trust the Republic to maintain the status quo pending appeal. The Republic's failure to provide a reasonable plan to secure the judgments below is reason enough to deny a stay.

Furthermore, the Republic has not established a likelihood of success on the merits or that the equities favor any stay pending appeal, for reasons articulated in the opposition papers submitted in the Tandem Appeals, which are incorporated herein.

Dated: New York, New York
July 17, 2025

Respectfully submitted,

DUANE MORRIS LLP

By: s/ Anthony J. Costantini
 Anthony J. Costantini
 David T. McTaggart
22 Vanderbilt
335 Madison Avenue, 23rd Floor
New York, New York 10017
Tel: (212) 692-1000
Fax: (212) 692-1020
ajcostantini@duanemorris.com
dtmctaggart@duanemorris.com

*Attorneys for Appellee Bainbridge Fund Ltd.*

3

# **CERTIFICATE OF COMPLIANCE**

This Opposition Brief complies with the type-volume limitation of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure because it contains 584 words, excluding the parts of the Brief exempted by Fed. R. App. P. 32(f).

This Opposition Brief also complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

Dated:    New York, New York
July 17, 2025

By:   s/ Anthony J. Costantini
      Anthony J. Costantini