**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: July 30, 2025
Docket #: 25-1686
Short Title: Bainbridge Fund LTD v. The Republic of Argentina

DC Docket #: 1:16-cv-8605
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Loretta A. Preska

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion to stay district court proceedings; to file amicus brief filed in the above-referenced case have been added as a submitted case to the substantive motions calendar for Tuesday, August 12, 2025.

Inquiries regarding this case may be directed to 212-857-8595.