# CLEARY GOTTLIEB STEEN & HAMILTON LLP

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

**ASIA**
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 (212) 225-2508
cboccuzzi@cgsh.com

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

July 29, 2026

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Bainbridge Fund Ltd. v. Republic of Argentina*, No. 25-1686

Dear Ms. Wolfe:

  This firm represents Appellant the Republic of Argentina (the "Republic") in the above-captioned appeal. Further to the joint update provided by the parties on June 5, 2026, Dkt. 119.1, we write with the consent of Appellee Bainbridge Ltd. (formerly known as Bainbridge Fund LTD) ("Bainbridge") to provide a further update regarding the status of the parties' settlement.

  On July 1, 2026, the Republic obtained all necessary approvals for implementation of the Settlement Agreement signed with Bainbridge. On July 17, 2026, the Republic and Bainbridge closed their Settlement Agreement. The Republic and Bainbridge will file today a stipulation withdrawing this appeal.

Catherine O'Hagan Wolfe, p. 2

The parties thank the Court for its time and consideration of this matter.

Respectfully,

Carmine D. Boccuzzi, Jr.

cc:     All Counsel of Record (via ECF)